AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Franklin E. Robson </br> *Plaintiff* </br> v. </br> Commissioner of Social Security Administrative </br> *Defendant* | ) </br> ) </br> ) Civil Action No.   3:09-2553-MBS </br> ) </br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's decision is affirmed.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable  Margaret B. Seymour, United State District Court.

Date:   September 22, 2011                              *CLERK OF COURT*

                                                        s/Ashley Williams, Deputy Clerk
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*